AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

EUGENE A. MAUWEE, SR.,
    # 30400

       Plaintiff,            JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:10-CV-00250-RCJ-RAM**

JACK PALMER, et al.,

       Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim for which relief may be granted.


  \_December 1, 2010\_                                 **LANCE S. WILSON**
                                                                    Clerk


                                                             \_/s/ D.R. Morgan\_
                                                                  Deputy Clerk