UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EUGENE A. MAUWEE, SR., | ) | 3:10-cv-00250-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 26, 2012 |
| JACK PALMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's December 21, 2012, motion requesting assignment of this case to be placed upon the trial calendar (Doc. # 34) and Plaintiff's proposed "default" (Doc. # 35) as to defendants Palmer, LeGrand, Helling and Ball.  Plaintiff's proposed "default" is procedurally defective as the requisite affidavit is missing.  Further, the docket herein reflects that plaintiff's civil rights case was dismissed on December 1, 2010 (Doc. # 11), followed by plaintiff's appeal of that decision to the Ninth Circuit (Doc. # 14).  Plaintiff's appeal was ultimately successful, resulting in the reinstatement of plaintiff's case on May 31, 2012 (Doc. #26).  Following screening of Plaintiff's amended complaint (Doc. # 28) on September 21, 2012, this case was stayed for 90 days (Screening Order, Doc. #29).

Inasmuch as Defendants have filed their answer to the amended complaint (Doc. # 37), this court issued its Scheduling Order (Doc. # 39) which provides the parties with the various deadlines for discovery and motion practice.

Therefore, Plaintiff's motion (Doc. # 34) requesting this case to be placed on the trial calendar (Doc. # 34) is **DENIED as moot.**  The Clerk shall take no action with regard to Plaintiff's proposed "default" (Doc. # 35).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk