UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EUGENE A. MAUWEE, SR., | ) | 3:10-cv-00250-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 17, 2013 |
| JACK PALMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's "Motion in Response Answer to Answer" (Doc. # 42) wherein it appears Plaintiff is seeking leave to file a response to the Defendants' Answer.  Also before the court is Defendants' Motion to Strike Plaintiff's Motion in Response (Doc. # 43).  While Federal Rule of Civil Procedure 7(a)(7) allows for the filing of a reply to an answer "if the court orders one," the court does not find in this case that the answer requires a response.

　　Therefore, Plaintiff's motion (Doc. # 42) is therefore **DENIED**, and Defendants's motion to strike (Doc. # 43) is **DENIED as moot.**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk