**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EUGENE A. MAUWEE, SR., | ) | 3:10-cv-00250-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 17, 2013 |
| JACK PALMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KATIE LYNN OGDEN </u>  REPORTER: <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING             </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion in Response Answer to Answer" (Doc. # 42) wherein it appears Plaintiff is seeking leave to file a response to the Defendants' Answer. Also before the court is Defendants' Motion to Strike Plaintiff's Motion in Response (Doc. # 43). While Federal Rule of Civil Procedure 7(a)(7) allows for the filing of a reply to an answer "if the court orders one," the court does not find in this case that the answer requires a response.

Therefore, Plaintiff's motion (Doc. # 42) is therefore **DENIED**, and Defendants's motion to strike (Doc. # 43) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>       /s/                        </u>
Deputy Clerk