UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| EUGENE A. MAUWEE, SR., | ) | 3:10-cv-00250-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 17, 2013 |
| JACK PALMER, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Notice to the Court for Discovery" (Doc. # 44) wherein it appears Plaintiff is requesting discovery be completed pursuant to the scheduling order.[1] Plaintiff is advised to consult Federal Rules of Civil Procedure 33 and 34 for the proper procedure to commence discovery.

Plaintiff's motion (Doc. # 44) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk

---

[1] The period for conducting discovery commenced upon the entry of the scheduling order on December 26, 2012, and continues for 90 days, i.e., until March 26, 2013. (Doc. # 39 at 2, paragraph 6.(a).)