## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| EUGENE A. MAUWEE, SR., | ) | 3:10-cv-00250-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 17, 2013 |
| JACK PALMER, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's "Motion Notice to the Court for Discovery" (Doc. # 44) wherein it appears Plaintiff is requesting discovery be completed pursuant to the scheduling order.[1] Plaintiff is advised to consult Federal Rules of Civil Procedure 33 and 34 for the proper procedure to commence discovery.

    Plaintiff's motion (Doc. # 44) is **DENIED as moot.**

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
      Deputy Clerk

---

[1] The period for conducting discovery commenced upon the entry of the scheduling order on December 26, 2012, and continues for 90 days, i.e., until March 26, 2013. (Doc. # 39 at 2, paragraph 6.(a).)