# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EUGENE A. MAUWEE, SR.,

          Plaintiff,

v.

JACK PALMER, *et al.*,

          Defendants.

CASE NO.: 3:10-CV-00250-RCJ-WGC

**ORDER**

Before the Court is the Report and Recommendation (#56) entered on December 19, 2013. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#58) on November 3, 2013.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge.  Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#56) entered on December 19, 2013, is adopted and accepted.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#50) is GRANTED in PART and DENIED in PART as follows:

    (1)    Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's First Amendment claim; and

    (2)    Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's Fourteenth Amendment due process claim.

IT IS SO ORDERED.

Dated: This 15th day of January, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE