**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE A. MAUWEE, SR., | Case No.: 3:10-CV-00250-RCJ-WGC |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| JACK PALMER, *et al.*, | **NOVEMBER 6, 2014** |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Plaintiff's Motion to the Court Case to be Placed Upon the Trial Calendar (#66) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file the Proposed Joint Pretrial Order on or before 5:00 PM, Monday, December 1, 2014.

IT IS FURTHER ORDERED that a video conference Calendar Call is set for 10:00 AM, Monday, February 23, 2015, in Reno Courtroom 6, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that The Attorney General's Office shall make the necessary arrangements for the Plaintiff's appearance via video, on Monday, February 23, 2015, from 10:00 AM to 11:00 AM. The Attorney General's Office shall provide the video reservation number and dial-in number of Plaintiff for the Calendar Call to the Courtroom Deputy via email: Lesa_Ettinger@nvd.uscourts.gov. The Attorney General's Office shall provide said information to Ms. Ettinger on or before, 12:00 PM, Wednesday, February 18, 2015.

IT IS FURTHER ORDERED that this matter is placed on the Court's Trial Calendar for 08:30 AM, Monday, March 2, 2014.

IT IS SO ORDERED this 6TH day of November, 2014.

_____
ROBERT C. JONES
District Judge