**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EUGENE A. MAUWEE, SR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JACK PALMER, *et al.*,<br><br>　　　　Defendants. | CASE NO.: 3:10-CV-00250-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#87[1]) entered on May 26, 2015, recommending that the Court grant Defendants' Second Motion for Summary Judgment (ECF #74). Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #88) on June 5, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#87) entered on May 26, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Second Motion for Summary Judgment (ECF #74) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 16th day of June, 2015.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.